# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SIERRA GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>Defendant. | Case No. 1:24-cv-01302-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE JOINT SCHEDULING REPORT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JANUARY 16, 2025<br><br>**DEADLINE: JANUARY 8, 2025** |

A scheduling conference is currently set for January 7, 2025 in this matter. (ECF No. 2.) The parties were ordered to file a joint scheduling report one full week prior to the scheduling conference, or no later than December 31, 2024. (Id. at 2.) No joint report was filed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require the parties to show cause why monetary sanctions should not issue for the failure to file a joint report in compliance with order setting the mandatory

scheduling conference. Additionally, the Court shall continue the mandatory scheduling conference by one week.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing no later than **January 8, 2025** why monetary sanctions should not issue for the failure to file a joint scheduling report as required by the October 15, 2024 order (ECF No. 2).  <u>The parties are advised that filing a joint scheduling report without showing cause in writing why sanctions should not issue is an insufficient response to this order</u>; and

2. The initial scheduling conference is CONTINUED to **January 16, 2025** at **1:00 p.m.**, **in Courtroom 9** and the parties shall file a joint scheduling report at least **seven (7) days** prior to the scheduling conference; and

3. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **January 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge