# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SIERRA GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>Defendant. | Case No. 1:24-cv-01302-SAB<br><br>ORDER DISCHARGING JANUARY 2, 2025 ORDER TO SHOW CAUSE<br><br>(ECF No. 4) |

This matter was originally scheduled for an initial case management conference on January 7, 2025, which required the parties to file their joint scheduling report on December 31, 2024. (ECF No. 2.) When the parties failed to file a report, the Court issued an order to show cause as to why monetary sanctions should not issue for failure to file a joint scheduling report, giving the parties through January 8, 2025, to file a response. (ECF No. 4.) The Court also continued the initial case management conference to January 16, 2025, at 1:00 p.m. (Id.) The parties have now timely filed a joint scheduling report (ECF No. 8), and both parties have adequately responded to the order to show cause. (ECF Nos. 5, 9.)[1]

///

///

---

[1] The Court observes that Defendant filed its response on January 9, 2025, but the Court nonetheless accepts the explanation.

1 | Accordingly, the Court HEREBY DISCHARGES the January 2, 2025 order to show cause. (ECF No. 4.)

IT IS SO ORDERED.

Dated: **January 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge