# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SIERRA GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>Defendant. | Case No. 1:24-cv-01302-KES-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 18)<br><br>**APRIL 22, 2025 DEADLINE** |

On April 8, 2025, the parties filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed no later than April 22, 2025. (ECF No. 18.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents **no later than April 22, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **April 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge